UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **DONALD WAYNE COLLINS,** | ) | NO. EDCV 08-1921-FMC(CT) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| **KENNETH CLARK, Warden,** | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: January 28, 2009

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE